# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ANDREA TERRIQUEZ,** | ) | Case No. **2:10-CV-04752-AHM (AJWx)** |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | ) | |
| Defendant. | ) | |

   IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.

Dated: November 18, 2010

_____

**JS-6**                        The Honorable A. Howard Matz

Order to Dismiss - 1